UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG F. WEIGHALL, ) | |
| ) | |
| Plaintiff, ) | CASE NO.  C06-1675-RSM-MJB |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| DOUG WADDINGTON, et al., ) | MOTION FOR EXTENSION |
| ) | OF TIME |
| Defendants. ) | |
| _____ ) | |

Now before the Court is Plaintiff's motion for extension of time for interrogatories (Dkt. #38), which this Court construes as a motion for extension of the discovery deadline in this § 1983 action.  Plaintiff seeks a 60-day extension of the discovery deadline because  he is dyslexic, his legal paperwork was confiscated by officers during a search of his cell, he has limited access to the law library, and he is disabled with the medical problem that is the basis of his § 1983 complaint.  The Court, having reviewed Plaintiff's motion and the balance of the record, hereby ORDERS:

(1) Plaintiff's Motion for Extension Time (Dkt. #38) is GRANTED.  Accordingly, because extension of the discovery deadline necessarily impacts the other deadlines set in the

//

//

ORDER - 1

1  original Pretrial Scheduling Order issued by the Court on July 19, 2007 (Dkt. #37), the Court
2  will prepare and issue an Amended Pretrial Scheduling Order.
3     (2)   The Clerk is directed to send copies of this Order to Plaintiff and to counsel for
4  Defendant.
5     DATED this 27th day of September, 2007.

                                              MONICA J. BENTON
                                              United States Magistrate Judge

ORDER - 2