1
2
3
4
5
6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                      AT SEATTLE

8  CRAIG F. WEIGHALL,                )
                                     )
9           Plaintiff,                )    CASE NO.  C06-1675-RSM-MJB
                                     )
10     v.                             )
                                     )
11  DOUG WADDINGTON, et al.,          )    ORDER
                                     )
12          Defendants.                )
   _____)

13     Plaintiff is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.
14 Now before the Court are two motions filed by Plaintiff that are titled Motion for Second
15 Extension of Time to Complete Discovery. (Dkt. #47, #50).  Filed only twenty-eight days apart,
16 on November 1, 2007, and November 29, 2007, these identical motions seek a 60-day extension
17 of the discovery deadline in this matter on the following grounds:  Plaintiff has limited access to
18 the prison law library, he is still working with prison officials regarding confiscation of his legal
19 paperwork, and he is suffering from medical problems.  On December 12, 2007, Defendants filed
20 a response to the latter motion, indicating no objection to Plaintiff's request for extension of the
21 discovery deadline, provided that all the court-imposed deadlines that are currently pending be
22 adjusted accordingly, and that no discovery occur prior to January 4, 2008, due to the
23 unavailability of Defendants' counsel. (Dkt. #55).  Defendants have also filed a motion to extend
24 the Dispositive Motion Deadline. (Dkt. #56).  Having reviewed these motions, and the balance
25 of the record, the Court hereby ORDERS:

26 ORDER - 1

    (1)    Plaintiff's Motion for Second Extension of the Time to Complete Discovery (Dkt. #50) is GRANTED.  Accordingly, because extension of the discovery deadline necessarily impacts the other deadlines set in the Amended Pretrial Scheduling Order that was issued by the Court on September 28, 2007, the Court will prepare and issue a Second Amended Pretrial Scheduling Order.  Additionally, the extended deadline for completion of discovery will likewise be set to accommodate the unavailability of Defendants' counsel.

    (2)    The Clerk shall STRIKE as moot Plaintiff's identical Motion for Second Extension of Time to Complete Discovery (Dkt. #47), and Defendant's Motion to Extend Dispositive Motion Deadline (Dkt. #56).

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 28th day of January, 2008.

MONICA J. BENTON
United States Magistrate Judge

ORDER - 2